UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23 CV 540 RWS |
| ) | |
| OFFICER JOSEPH KOPFENSTEINER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Defendants having now responded in full to plaintiff's discovery requests [36],

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [32] is denied as moot.

　　　　　　　　　　　　　　　　　／s／ Rodney W. Sippel
　　　　　　　　　　　　　　　　　RODNEY W. SIPPEL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2023.