**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **AUNHK RA AUNHKHOTEP** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-CV-00540-RWS |
| ) | |
| **POLICE OFFICER LOGAN** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

Defendant David Wilson sent his Responses and Objections to Plaintiff's Second Request for Admissions and Plaintiff's Second Set of Interrogatories Directed to him via certified U.S. mail, postage prepaid to Plaintiff Aunhk Ra Aunhkhotep, mlrwllc7@gmail.com, 5411 Robin Avenue, St. Louis, MO 63120 on Thursday, February 1, 2024.

Respectfully submitted,

**SHEENA HAMILTON,
CITY COUNSELOR**

*/s/ Curtis T. Haynes*
Brandon Laird #65564 (MO)
Curtis T. Haynes #73093 (MO)
City of St. Louis Law Department
Room 314, City Hall
1200 Market Street
St. Louis, MO 63103
Tel: (314) 622-4817
E-mail: haynescu@stlouis-mo.gov
**ATTORNEYS FOR
DEFENDANT WILSON**