UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICER JOSEPH KOPFENSTEINER, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 4:23 CV 540 RWS |

## MEMORANDUM AND ORDER

Plaintiff's latest "Motion for Court Order to Deem Facts Admitted" asks the Court to deem admitted the facts asserted in the Requests for Admissions he served on them because defendants did not timely respond. Plaintiff also claims that defendants did not timely answer Interrogatories.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall file a response to plaintiff's motion and, if appropriate, seek leave to respond to discovery out of time, by no later than **February 15, 2024**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2024.