UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AUNHK RA AUNHKHOTEP,           )
                               )
          Plaintiff,           )
                               )
     v.                        )          Case No. 4:23 CV 540 RWS
                               )
OFFICER JOSEPH KOPFENSTEINER,  )
et al.,                        )
                               )
          Defendants.          )

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that defendants' motion to amend the case

management order [54] is summarily denied without prejudice for failure to meet

the requirements set out in the Memorandum and Amended Case Management

Order [23], namely that "**any request to modify this schedule must be made by

written motion, contain a certification that the other party was consulted

about the requested amendment, and indicate whether or not the request is

made with the consent of the other party.  Any motion to amend the case

management order which does not meet these requirements will be summarily

denied**."  ECF 23 at 2.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2024.