UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23 CV 540 RWS |
| ) | |
| OFFICER JOSEPH KOPFENSTEINER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

With the consent of the plaintiff,

**IT IS HEREBY ORDERED** that defendants' motion to amend the case management order [56] is granted as follows: defendants shall file their opposition to plaintiff's motion for summary judgment [49] by no later than **July 9, 2024**, and plaintiff may file any reply brief in support of his motion for summary judgment by no later than **July 29, 2024**.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2024.