UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23 CV 540 RWS |
| ) | |
| OFFICER JOSEPH KOPFENSTEINER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that, no later than **August 2, 2024**, defendants shall file an amended memorandum of law in opposition to summary judgment (ECF 58) which cites relevant federal (as opposed to Missouri) caselaw in support of their arguments, as plaintiff raises only federal claims in this § 1983 case. Plaintiff may file any reply brief in support of his motion for summary judgment by no later than **September 6, 2024**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of July, 2024.