UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:23 CV 540 RWS<br>) |
| OFFICER JOSEPH KOPFENSTEINER, et al., | )<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion [67] is granted to the following extent: defendants shall serve a paper copy of their amended memorandum in opposition to summary judgment [62] by mail on plaintiff at his address of record, and any future filings must be served in such a manner and contain a certificate of service as plaintiff is a self-represented litigant and has not been granted permission to file and receive documents electronically in this Court.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of August, 2024.