UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23 CV 540 RWS |
| OFFICER JOSEPH KOPFENSTEINER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Given that plaintiff has already filed his reply brief in support of his motion for summary judgment and in opposition to defendants' request for summary judgment,

**IT IS HEREBY ORDERED** that defendants shall file a reply brief in support of summary judgment by **September 13, 2024.**  The reply brief must cite relevant Eighth Circuit Court of Appeals and/or United States Supreme Court authority (**not** out-of-circuit authority) in support of defendants' arguments.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of August, 2024.