UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23 CV 540 RWS |
| ) | |
| OFFICER JOSEPH KOPFENSTEINER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

In support of his motion for summary judgment and in opposition to defendants' motion for summary judgment, plaintiff refers to cell phone video footage of the traffic stop at issue in this case, claiming that the footage contradicts defendants' version of events. Although the footage was produced to defendants, it has not been filed with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **October 4, 2024**, plaintiff shall file with the Court a flash drive which contains the cell phone video footage referred to by the parties in summary judgment briefing.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of September, 2024.