# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 21, 2025

Aunhk Ra Aunhkhotep
5411 Robin Avenue
Saint Louis, MO  63120

RE:  25-1126  Aunhk Aunhkhotep v. Joseph Kopfensteiner, et al

Dear Aunhk Ra Aunhkhotep:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Susan E. Bindler
Clerk of Court

BNW

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Missouri
     Curtis Tyler Haynes

District Court/Agency Case Number(s):   4:23-cv-00540-RWS

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1126
_____

Aunhk Ra Aunhkhotep

Plaintiff - Appellant

v.

Officer Joseph Kopfensteiner; Officer Logan Priddy; Officer David Wilson; Sgt. Michael Stewart

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00540-RWS)

_____

**JUDGMENT**

Before LOKEN, BENTON, and GRASZ, Circuit Judges.

     This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a). The motion for appointment of counsel filed by Appellant Aunhk Ra Aunhkhotep is denied as moot.

                                            March 21, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Susan E. Bindler